IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COOLER KING, LLC,
GENIUS SERVICES, INC.
and RENEE DEHKO

      Plaintiffs,       Case No. 2:17-cv-10476-AC-EAS

v.            Hon. Avern Cohn
             Hon. Elizabeth A. Stafford


ROHAN GRANT, ARTHUR OSTERHOUT,
and RYAN LANDRY,

      Defendants.
_____/
SULLIVAN, WARD, ASHER & PATTON, P.C.
By: Seth P. Tompkins (P63249)
Attorneys for Plaintiff
25800 Northwestern Highway, Suite 1000
Southfield, MI 48075
(248) 746-0700
================================================================

## ORDER FOR ALTERNATE SERVICE AND
## TO EXTEND SUMMONS FORTY-FIVE (45) DAYS

At a session of said Court, held in the
City of Detroit, State of Michigan,
On  April 20, 2017

Present:  Hon. Avern Cohn
U.S. District Judge

The Court having been briefed on Plaintiffs' Motion for Alternate Service and to Extend

Summons Forty-Five (45) Days, a hearing having been held on this matter, and the Court being

otherwise fully advised in the premise, the Court orders the following:

IT IS HEREBY ORDERED that Defendant ROHAN GRANT be served the Summons

and Complaint in the following manner:

A.   By mailing, via certified mail, a copy of the Summons and Complaint to Rohan Grant's last known business address which was provided by Bancorp Bank at **2625 Piedmont Road NE #56-178, Atlanta, Georgia 30324**.

B.   By e-mailing a copy of the Summons and Complaint to Rohan Grant's last known e-mail address at **GrantMyWish.rg@gmail.com**.

C.   By posting a copy of the Summons and Complaint for three consecutive weeks in the **United States District Court for the Northern District of Georgia**.

D.   By publishing the following notice in the **Georgia Bar Journal**:

"Rohan C. Grant.  A suit has been filed against you in the United   States District Court for the Eastern District of Michigan. Case   No.   2:17-cv-10476-AC-EAS.  A copy of the Summons and Complaint has been posted in the United States District Court for the Northern District of Georgia. This notice is being published pursuant to court order allowing for alternate service."

IT IS FURTHER ORDERED that the Summons is extended an additional forty-five (45) days from the date of the original expiration.

IT IS FURTHER ORDERED that Defendant Rohan Grant shall have twenty-one (21) days from the date of mailing to serve a responsive pleading.

**IT IS SO ORDERED**.

S/Avern Cohn
DISTRICT COURT JUDGE

Dated:  April 20, 2017

THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THIS CASE.