IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COOLER KING, LLC,
GENIUS SERVICES, INC.
and RENEE DEHKO

    Plaintiffs,

v.

ROHAN GRANT, ARTHUR OSTERHOUT,
and RYAN LANDRY,

    Defendants.

Case No. 2:17-cv-10476-AC-EAS
Hon. Avern Cohn
Hon. Elizabeth A. Stafford

_____/
SULLIVAN, WARD, ASHER & PATTON, P.C.
By:    Seth P. Tompkins (P63249)
Attorneys for Plaintiff
25800 Northwestern Highway, Suite 1000
Southfield, MI 48075
(248) 746-0700
_____/

**STIPULATED ORDER TO SET ASIDE DEFAULT AGAINST ARTHUR OSTERHOUT
AND DISMISS CASE WITH PREJUDICE**

At a session of said Court, held in the
City of Detroit, State of Michigan,
On  June 21, 2017

Present:  Hon. Avern Cohn
District Court Judge

    This matter having been presented to the Court as stipulated to by the Plaintiffs pursuant to the parties' confidential settlement agreement, and the court otherwise being fully advised in the premise;

    **IT IS HEREBY ORDERED**, that the Default entered against Defendant Arthur Osterhout is set hereby set aside; and

-2-

**IT IS FURTHER ORDERED**, that this matter is dismissed with prejudice as to all defendants.

**IT IS FURTHER ORDERED**, that no costs shall be awarded to any party by the Court.

**IT IS SO ORDERED**.

                                      s/Avern Cohn
                                      DISTRICT COURT JUDGE

Dated:  June 21, 2017

**THIS IS A FINAL ORDER WHICH RESOLVES ALL MATTERS.**

Presented by and Stipulated as to Form and Content by:

/s/ Seth P. Tompkins
Seth P. Tompkins (P63249)
Counsel for Plaintiffs